### TINER, guardian, v. CARTER.

LITTLE, J. When on the trial of a claim case a judgment was rendered in favor of a named person as transferee of the execution which had been levied, this person was an essential party defendant to a bill of exceptions sued out by the claimant to review that judgment; and if, instead of making such person a party defendant in error, the plaintiff in error named as such party the original plaintiff in execution, the writ of error will be dismissed for want of a proper party defendant in error.

*Writ of error dismissed. All the Justices concurring.*

Argued November 4, — Decided December 7, 1899.

Motion to dismiss writ of error.

*E. C. Speer, Thomas Guice,* and *Allen Fort,* for plaintiff in error.   *W. P. Wallis* and *R. L. Maynard,* contra.